IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00033-PSF-BNB

JAY MACTAS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA

    Defendant.

## ORDER GRANTING MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Plaintiff's Unopposed Motion to Reschedule Scheduling Conference Set for March 1, 2007 is GRANTED. The scheduling conference set for March 1, 2007 is RESET to **Friday, March 9, 2007 at 1:00 p.m.**

    DATED: February 28, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge