IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00033-PSF-BNB

JAY MACTAS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiff's Unopposed Motion to Set Due Date for Response Briefs (Dkt. # 29) is GRANTED.  The parties' response briefs will be due no later than August 20, 2007.

DATED:  July 19, 2007