IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00033-LTB-BNB

JAY MACTAS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER ON MOTION FOR ADDITIONAL TIME TO FILE ORDER

    By Order entered May 8, 2008 (Dkt. # 52), I ruled on the parties' respective motions for judgment on the administrative record, and directed the parties to file a stipulated final order setting forth the appropriate relief no later than May 30, 2008, or a status report indicating why they cannot reach a stipulated order. On May 30, 2008, defendant filed a status report indicating that the parties were continuing to work on reaching a stipulated order, but need additional time through June 13, 2008 to complete the effort (Dkt. #56 at 2). The request for additional time is granted, and the parties are directed to file the stipulated order no later than June 13, 2008, or file a status report indicating why they cannot reach a stipulated order.

    In addition, on May 16, 2008, plaintiff filed a motion for an award of attorneys' fees pursuant to the ERISA statute. I directed defendant to file a response to that motion no later than June 9, 2008 (Dkt. # 55). I now vacate that order and extend the time within which defendant may file a response to the motion for attorneys' fees through June 13, 2008, and, without prejudging plaintiff's motion, direct the parties to

also endeavor to reach an agreement on the amount of attorneys' fees that may be awarded to plaintiff. If such agreement is reached it shall be included in the stipulated order, and defendant need not file a response to the plaintiff's motion.

DATED: June 2, 2008

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock
United States District Judge