IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00033-LTB-BNB

JAY MACTAS,

   Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

   Defendant.

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 69 - filed July 22, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

   s/Lewis T. Babcock
   Lewis T. Babcock, Judge

DATED: July 23, 2008